

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2020

**BY ECF AND EMAIL**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Jevgeni Bokov, et al.*, 18 Cr. 678 (JPO)

Dear Judge Oetken:

    As discussed with Your Honor's deputy, the parties respectfully request that the Court schedule a conference in this matter for defendants Magerramov, Niftalijev, and Litvintsuk, any time during the week of June 15 that is convenient for the Court.  In addition, the Government requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the date of the June conference.  The requested exclusion will, among other things, facilitate the discussion of potential pretrial dispositions and allow the parties to prepare for trial.  Counsel for Magerramov and Niftalijev consent to this request; counsel for Litvintsuk takes no position.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

        By: _____/s/_____
                Shawn G. Crowley / George D. Turner
                Assistant United States Attorneys
                (212) 637-1034 / 2562

cc: Defense counsel of record (by ECF and email)