# *THE LITVAK LAW FIRM, PLLC*

## IGOR B. LITVAK, ESQ.
### ATTORNEY AND COUNSELOR AT LAW
1701 AVENUE P, BROOKLYN, NY 11229 • 718-989-2908 • IGOR@LITVAKLAWNY.COM

May 15th, 2020

VIA ECF
Honorable Judge J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:**   USA v. Bokov et al
               Case #: 1:18-cr-00678

Dear Honorable Judge Oetken:

      I represent Jevgeni Bokov in the above referenced matter. The sentencing is currently scheduled for May 27th, 2020 at 12:00pm.

      Recently undersigned Counsel was informed that due to the ongoing Coronavirus pandemic the sentencing will take place via a video conference. I have discussed this with Mr. Bokov who, pursuant to Rule 43(a)(3) of the FRCrP, insists on being present in Court with Counsel when sentenced by Your Honor.

      It is therefore respectfully requested that the May 27th, 2020 Sentencing is adjourned to the end of June 2020, when the stay at home order is expected to be fully rescinded by the New York Governor. The government consent to this request. This is my first request in this case to adjourn the sentencing.

      Thank you for Your Honor's time and attention to this matter.

Very Truly Yours

*/s/* Igor Litvak
Igor Litvak, Esq.