

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2020

**BY ECF AND EMAIL**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Jevgeni Bokov, et al.*, 18 Cr. 678 (JPO)

Dear Judge Oetken:

    In accordance with the correspondence from Your Honor's deputy, the parties respectfully request that the Court adjourn the conference in this matter currently scheduled for June 16, 2020, for a period of approximately 30 to 45 days, to a date convenient for the Court. In addition, in light of the circumstances resulting from the current pandemic, and the Chief Judge's Standing Order dated April 20, 2020 (20 Misc. 196), the Government requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the date of the rescheduled conference. The requested exclusion will, among other things, facilitate the discussion of potential pretrial dispositions and allow the parties to prepare for trial. Counsel for defendants Magerramov and Niftalijev consent to this request; counsel for defendant Litvintsuk has taken no position.

> Granted. The June 16, 2020 pretrial conference is hereby adjourned to July 28, 2020, at 2:00 P.M. Time is excluded through July 28, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> June 12, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:        /s/
Shawn G. Crowley / George D. Turner
Assistant United States Attorneys
(212) 637-1034 / 2562

email)

_____
J. PAUL OETKEN
United States District Judge