UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

JEVGENI BOKOV,

            Defendant.

CONSENT PRELIMINARY
ORDER OF FORFEITURE/
MONEY JUDGMENT

18 Cr. 678 (JPO)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about September 24, 2018, JEVGENI BOKOV (the "Defendant") was charged in Indictment 18 Cr. 678 (JPO) (the "Indictment") with, among other offenses, two counts of money laundering, in violation of Title 18, United States Code, Sections 1956(a)(2), 1956(a)(3), and 3238 (Counts Four and Five);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts Four and Five, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in said offenses, and any property traceable to said offenses, including but not limited to a sum of money in United States currency representing the amount of property involved in said offenses;

        WHEREAS, on or about December 20, 2019, the Defendant pled guilty to Counts Four and Five of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts Four and Five of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in the offenses charged in Counts Four and Five, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses charged in Counts Four and Five of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $14,000 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts Four and Five of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Four and Five of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States Attorneys Shawn G. Crowley and George D. Turner, of counsel, and the Defendant, and his counsel, Igor B. Litvak, Esq., that:

1. As a result of the offenses charged in Counts Four and Five of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $14,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts Four and Five of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JEVGENI BOKOV, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the "United States Marshals Service" and

delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Asset Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. This Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____George D. [signature]_____   7/8/2020
Shawn G. Crowley / George D. Turner        DATE
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1034 / 2562


JEVGENI BOKOV

By: ____[signature] Igor Litvak on behalf____   07/08/2020
JEVGENI BOKOV                                   DATE

By: ____[signature]____                         07/08/2020
Igor B. Litvak, Esq.                            DATE
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road
Suite 22
Brooklyn, NY 11235
(718) 989-2908
Attorney for JEVGENI BOKOV


SO ORDERED:

____[signature]____                             July 9, 2020
J. PAUL OETKEN                                  DATE
United States District Judge