```
 NERBD           *           PUBLIC INFORMATION           *      09-14-2020
PAGE 001         *              INMATE DATA               *      08:32:42
                             AS OF 09-14-2020


REGNO..: 86884-054 NAME: BOKOV, JEVGENI

                      RESP OF: BRO
                      PHONE..: 718-840-4200    FAX: 718-840-5005
                                               RACE/SEX...: WHITE / MALE
                                               AGE:   46
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 09-10-2021                        PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
 NERBD           *           PUBLIC INFORMATION           *       09-14-2020
PAGE 002         *              INMATE DATA               *       08:32:42
                             AS OF 09-14-2020


REGNO..: 86884-054 NAME: BOKOV, JEVGENI

                   RESP OF: BRO
                   PHONE..: 718-840-4200    FAX: 718-840-5005
HOME DETENTION ELIGIBILITY DATE: 06-03-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-10-2021 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER..................: 18 CR. 678-01 (JPO)
JUDGE..........................: OETKEN
DATE SENTENCED/PROBATION IMPOSED: 07-09-2020
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $200.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  548     18:1956 RACKETEERING
OFF/CHG: 18:1956(A)(2): MONEY LAUNDERING (CT.4 & CT.5)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     33 MONTHS
 DATE OF OFFENSE................: 01-31-2018




G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERBD            *          PUBLIC INFORMATION         *      09-14-2020
PAGE 003 OF 003  *              INMATE DATA             *      08:32:42
                             AS OF 09-14-2020

REGNO..: 86884-054 NAME: BOKOV, JEVGENI

                     RESP OF: BRO
                     PHONE..: 718-840-4200    FAX: 718-840-5005
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-06-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-14-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-09-2020
TOTAL TERM IN EFFECT............:     33 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS       9 MONTHS
EARLIEST DATE OF OFFENSE........: 01-31-2018

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     05-09-2019    07-08-2020

TOTAL PRIOR CREDIT TIME.........: 427
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 148
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 09-10-2021
ELDERLY OFFENDER TWO THIRDS DATE: 03-08-2021
EXPIRATION FULL TERM DATE.......: 02-05-2022
TIME SERVED.....................:      1 YEARS       4 MONTHS       6 DAYS
PERCENTAGE OF FULL TERM SERVED..:  49.3
PERCENT OF STATUTORY TERM SERVED:  57.8

PROJECTED SATISFACTION DATE.....: 09-10-2021
PROJECTED SATISFACTION METHOD...: GCT REL




S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```